1028

[No. 36442-1-I.    Division One.    September 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. J.Y.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-00229-5, Stephen Gaddis, J., entered April 3, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 36596-7-I.    Division One.    September 30, 1996.]

FRIENDS OF FORWARD THRUST, ET AL., *Appellants*, v.
KING COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-07758-1, Kathleen Learned, J., entered April 12, 1995. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Becker, JJ.

[No. 36644-1-I.    Division One.    September 30, 1996.]

DIEN TRAN, *Appellant*, v. STATE FARM FIRE AND
CASUALTY CO., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-21151-0, Jim Bates, J., entered April 17, 1995. *Reversed* by unpublished opinion per Cox, J., concurred in by Grosse and Ellington, JJ.

[No. 36752-8-I.    Division One.    September 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT W.
WALLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-00199-4, Linda Lau, J., entered June 5, 1995. *Reversed* by unpublished opinion per Cox, J., concurred in by Grosse and Webster, JJ.